IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01500-REB-KLM

PHILLIP HARPER,

  Plaintiff,

v.

PHILLIPS & COHEN ASSOCIATES, LTD., a New Jersey corporation,

  Defendant.

---

## MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion for Entry of Protective Order** [Docket No. 8; Filed September 3, 2008] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Protective Order is **accepted** for filing and is entered as an Order of this Court as of the date of this Minute Order.

Dated: September 4, 2008